EXHIBIT "A"

LEGAL DESCRIPTION

All that certain real property situate in the County of Orange, State of California, described as follows:

LOT 8 OF TRACT NO. 6619, IN THE CITY OF BREA, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 264, PAGE(S) 39 THROUGH 41, INCLUSIVE, OF MISCELLANEOUS MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT THEREFROM ALL THE OIL, GAS, MINERALS AND OTHER HYDROCARBONS BELOW A DEPTH OF 500 FEET, WITHOUT THE RIGHT OF SURFACE ENTRY, AS RESERVED IN INSTRUMENTS OF RECORDS.

also known as 1605 East Greenbriar Lane, Brea, California 92821

APN: 319-123-08