## LEGAL DESCRIPTION

Real property in the City of Laguna Beach, County of Orange, State of California, described as follows:

LOT 12 IN BLOCK I OF MC KNIGHT'S ADDITIONS, SECTION A, TO LAGUNA CLIFFS, IN THE CITY OF LAGUNA BEACH, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 8 PAGE 31, OF MISCELLANEOUS MAPS, RECORDS OF ORANGE COUNTY, CALIFORNIA.

EXCEPT ALL WATER, CLAIMS OR RIGHTS TO WATER, IN OR UNDER SAID LAND.

APN: 053-144-05

*United General Title Company*